**George E. CARTER–EL, Plaintiff–Appellant,**

v.

**Ben J. ULEP, M.D.; Willis Hulon, D.C. Monitor, Sussex II State Prison; Nurse Howell, Registered Nurse, Sussex II State Prison; Anthony Williams, Mayor of the District of Columbia; Eddie L. Pearson, Chief Warden, Sussex II State Prison; Jamilla F. Burney, Assistant Warden, Sussex II State Prison; Mrs. Stanford, Administrator, Sussex II State Prison; Ron Angelone, Director, Virginia Department of Corrections, Defendants–Appellees.**

**No. 03–6356.**

United States Court of Appeals, Fourth Circuit.

Submitted April 4, 2003.

Decided May 7, 2003.

George E. Carter–El, Appellant Pro Se. David Ernest Boelzner, Wright, Robinson, Osthimer & Tatum, Richmond, Virginia; Edward Scott Rosenthal, Alexandria, Virginia; Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George E. Carter–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carter–El v. Ulep,* No. CA–02–741 (E.D. Va. filed Feb. 10, 2003 & entered Feb. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*